UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME Frederick D. Green & Frenchie L. Green    CASE NO 10-13234

FOR: _____ DEBTOR

__X__ JOINT DEBTOR

_____ CREDITOR

_____ ATTORNEY   (Please include Bar ID Number _____)

_____ PLAINTIFF

_____ DEFENDANT

NEW ADDRESS:

NAME: Frenchie L. Green

ADDRESS: 745 Bellevue Avenue East, #109

Seattle, Washington  98102

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Christina Latta Henry            Date 04/28/2010

Attorney for Debtors, WSBA 31273

CHANGE OF ADDRESS
(rev.7/1/08)