B6F (Official Form 6F) (12/07)

In re **Frederick D Green**　　　　　　　　　　　　　　Case No. **10-13234**
　　　**Frenchie L Green**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 5/19/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxx0077**<br>**Chase**<br>Po Box 15298<br>Wilmington, DE 19850 | | C | DATE INCURRED: **03/03/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,611.00 |
| ACCT #: **xxxx4419**<br>**Chase Manhattan**<br>Attn: Bankruptcy Research Dept<br>3415 Vision Dr<br>Columbus, OH 43219 | | C | DATE INCURRED: **09/05/2006**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**Voluntary Repossession**<br>**2006 Audi A6** | | | | $45,545.00 |
| ACCT #:<br>**Checkmasters**<br>PO Box 2034<br>Lynnwood, WA 98036-2034 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $795.00 |
| ACCT #: **xx8364**<br>**Consolidated Credit Sr**<br>180 E Main St Ste 180<br>Hillsboro, OR 97123 | | C | DATE INCURRED: **08/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $405.00 |
| ACCT #: **xxxxxx4104**<br>**Credit Protection Association**<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380 | | C | DATE INCURRED: **01/1910**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $340.00 |
| ACCT #: **xxxxxxxx4016**<br>**Creditonebnk**<br>Po Box 98875<br>Las Vegas, NV 89193 | | C | DATE INCURRED: **07/16/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,082.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal > **$49,778.00**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　　　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　　　　　　　　　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　　　　　　　　　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

_____**5**_____ continuation sheets attached

*AMENDED 5/19/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **IRS** <br> **PO Box 21126** <br> **Philadelphia PA 19114** | | C | DATE INCURRED: <br> CONSIDERATION: **Taxes** <br> REMARKS: | | | | $124,000.00 |
| ACCT #: **xxxxx9798** <br> **Macys/fdsb** <br> **Macy's Bankruptcy** <br> **PO Box 8053** <br> **Mason, OH 45040** | | C | DATE INCURRED: **10/01/1992** <br> CONSIDERATION: **Charge Account** <br> REMARKS: | | | | $492.00 |
| ACCT #: **xxx7286** <br> **Merchants Credit Assoc** <br> **2245 152nd Ne** <br> **Redmond, WA 98052** | | C | DATE INCURRED: <br> CONSIDERATION: **Collecting for City of Snoqualmie** <br> REMARKS: | | | | $333.00 |
| ACCT #: <br> **Merchants Credit Assoc** <br> **2245 152nd Ne** <br> **Redmond, WA 98052** | | C | DATE INCURRED: <br> CONSIDERATION: **Collecting for UW Physicians Network** <br> REMARKS: | | | | $134.60 |
| ACCT #: **xxxxx6300** <br> **Minol** <br> **15280 Addison Rd Ste 100** <br> **Addison TX 75001-4503** | | C | DATE INCURRED: <br> CONSIDERATION: **Utilities** <br> REMARKS: | | | | $604.95 |
| ACCT #: <br> **Nationstar Mortgage, LLC** <br> **PO Box 299008** <br> **Lewisville, TX 75029** | | C | DATE INCURRED: **5/2005** <br> CONSIDERATION: **Foreclosed Residence** <br> REMARKS: **Foreclosed in 2008.** | | | | **Notice Only** |

Sheet no. ___1___ of ___5___ continuation sheets attached to  Subtotal >  $125,564.55
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 5/19/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx9314**<br>**NCO Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED: **7/2008**<br>CONSIDERATION:<br>**Collecting for Home Depot**<br>REMARKS:<br>**Internal Acct #OV1118** | | | | $455.00 |
| ACCT #: **xxxx7502**<br>**Rainier Collection Services**<br>**2300 130th Ave NE Ste A102**<br>**Bellevue WA 98005** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Pro Sports Club**<br>REMARKS: | | | | $4,257.56 |
| ACCT #:<br>**Seattle City Light**<br>**PO Box 34023**<br>**Seattle, WA 98124-4023** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $410.70 |
| ACCT #: **xxx9720**<br>**Sentry Credit Inc**<br>**2809 Grand Ave**<br>**Everett, WA 98201** | | C | DATE INCURRED: **03/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $513.00 |
| ACCT #: **xxxx4897**<br>**US Bank**<br>**800 Nicollet Mall**<br>**Minneapolis MN 55402** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Overdrawn Checking Account**<br>REMARKS: | | | X | $632.00 |
| ACCT #: **xxxx8786**<br>**US Bank**<br>**800 Nicollet Mall**<br>**Minneapolis MN 55402** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $5,000.00 |

Sheet no. __2__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $11,268.26

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick D Green**
**Frenchie L Green**

Case No. **10-13234**
(if known)

*AMENDED 5/19/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx6766<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **09/03/2008**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $30,800.00 |
| ACCT #: xxxxxx6764<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **08/27/2007**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $21,100.00 |
| ACCT #: xxxxxx6761<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **09/06/2006**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $20,000.00 |
| ACCT #: xxxxxx6768<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **09/14/2009**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $20,000.00 |
| ACCT #: xxxxxx6765<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **10/12/2007**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $10,611.00 |
| ACCT #: xxxxxx6767<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **10/08/2008**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $8,604.00 |

Sheet no. __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$111,115.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Frederick D Green**  
　　　**Frenchie L Green**

Case No. **10-13234**  
(if known)

*AMENDED 5/19/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx6763**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **01/16/2007**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $4,400.00 |
| ACCT #: **xxxxxx6762**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **11/08/2006**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $2,100.00 |
| ACCT #: **xxxxxx6769**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **01/04/2010**<br>CONSIDERATION:<br>**Government Unsecured Guarantee Loan**<br>REMARKS: | | | | $1,400.00 |
| ACCT #: **xxxxxxxxxx0001**<br>**Verizon**<br>**PO Box 3397**<br>**Bloomington, IL 61702** | | C | DATE INCURRED: **07/27/2005**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $677.00 |
| ACCT #:<br>**Verizon**<br>**PO Box 3397**<br>**Bloomington IL 61702** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Cancelled Cell Phones**<br>REMARKS:<br>**Accts ending 2223 and 2224** | | | | $600.00 |
| ACCT #: **xxxxxxxxxxx0001**<br>**Wells Fargo**<br>**Attn: Collection Servicing, 1st Floor, M**<br>**PO Box 31557**<br>**Billings, MT 59107** | | C | DATE INCURRED: **12/05/2005**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | X | $20,681.00 |

Sheet no. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $29,858.00

**Total >**  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick D Green**     Case No. **10-13234**
      **Frenchie L Green**
                                         (if known)

*AMENDED 5/19/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx7316<br>**Wells Fargo Card Services**<br>**PO Box 5058**<br>**Portland, OR 97208** | | C | DATE INCURRED: **03/31/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,382.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to      Subtotal >    **$6,382.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      Total >    **$333,965.81**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Frederick D Green** Case No. **10-13234**
**Frenchie L Green**

Chapter **13**

*AMENDED 5/19/2010*
**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 4 | $54,100.00 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $45,545.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $154,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $333,965.81 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $10,420.95 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $8,862.50 |
| TOTAL | | 20 | $54,100.00 | $533,510.81 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Frederick D Green**          Case No. **10-13234**
       **Frenchie L Green**

Chapter **13**

*AMENDED 5/19/2010*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $154,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $133,896.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$287,896.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $10,420.95 |
| Average Expenses (from Schedule J, Line 18) | $8,862.50 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $13,425.76 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $13,545.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $154,000.00 |
| 4. Total from Schedule F | | $333,965.81 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $501,510.81 |