UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FRED D. GREEN AND FRENCHIE L. GREEN, | Case No. 10-13234-KAO |
| | Chapter 13 |
| Debtor(s) | PROOF OF SERVICE |

I, Theresa A. Shim, under penalty of perjury, declare that on the dates indicated below, I caused a copy of the *Notice of Bankruptcy Filing, Notice of 341 Meeting of Creditors and Chapter 13 Plan* to be served on the parties listed below via United States First Class Mail.

**June 14, 2010:**

Lakeside School
14050 1st Ave N.E.
Seattle, WA 98125-3099

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this 14th day of June, 2010 at Seattle, Washington.

*/s/ Theresa A. Shim*
Theresa A. Shim

PROOF OF SERVICE - 1
000037

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115