*AMENDED 7/6/2010*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**R. Barnes Financial**<br>**6292 Louisiana Court North**<br>**Suite C**<br>**Brooklyn Park, MN 55428** | C | DATE INCURRED: **09/05/2006**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**Land Rover**<br>REMARKS:<br><br>VALUE: $32,000.00 | | | | $45,545.00 | $13,545.00 |
| | | Subtotal (Total of this Page) > | | | | $45,545.00 | $13,545.00 |
| | | Total (Use only on last page) > | | | | $45,545.00 | $13,545.00 |

___**No**___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)