# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

Frederick D Green and
Frenchie L Green,

Debtors.

Chapter 13 Case # 10-13234

Court Claim # 22

**FILED**
Western District of Washington
at Seattle

AUG 06 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

## Notice of Late Filed Claim

To: Merchants Credit

The Chapter 13 Trustee provides this notice pursuant to Local Bankruptcy Rule 3007 that the Proof of Claim you filed in the above-entitled case was filed late, after the expiration of the bar date for filing claims fixed by the Court in the "Notice of Meeting of Creditors" previously sent to all creditors and other parties of interest in this case.

Bar Date Fixed by Court  :  August 01, 2010

Date Proof of Claim Filed:  August 04, 2010

Because your Proof of Claim was filed late, LBR 3007 provides that such claim shall be deemed disallowed without formal objection or hearing, unless within twenty (20) days of being served with this notice you file and serve with the Court, the Chapter 13 Trustee, the Debtor and his/or her counsel, a Motion to allow your claim. Your failure to so respond to this notice within such twenty (20) day period shall be deemed an admission your claim is disallowed.

Dated: August 05, 2010

By: Eileen Shelley
For Chapter 13 Trustee

---

## *Certificate of Service*

I hereby certify under penalty of perjury that a copy of the within and forgoing Notice of Late Filed Claim was mailed on August 05, 2010, and directed to the following:

Frederick D Green
1922 42Nd Ave. E. #17
Seattle, WA 98112

Christina Latta Henry
Seattle Debt Law Llc
705 2Nd Ave #1050
Seattle, WA 98104

Frenchie L Green
745 Bellevue Avenue East, #109
Seattle, WA  98102

Merchants Credit
Po Box 7416
Bellevue, WA 98008

By: Eileen Shelley
For the Trustee

CM070