United States Bankruptcy Court
Western District of Washington at Seattle

In RE: Chapter 13 Case # 10-13234

Frederick D Green
1922 42Nd Ave. E. #17
Seattle,Wa 98112

Debtor(s)

### Chapter 13 Trustee's Report of Filed Claims
October 15, 2010

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

K. Michael Fitzgerald
Chapter 13 Trustee

Chapter 13 Case No. 10-13234

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle,WA 98101 | $0.00 | Added By Matrix |
| | | Comm:<br>Acct # |
| 40 / 0011 | | Pay: 0.00%  Int%: 0.00 |
| 600 University St #2200\|Seattle, Wa 98101<br>Seattle, Wa 98101<br>, 00000 | $0.00 | Added By Matrix |
| | | Comm:<br>Acct # |
| 40 / 0019 | | Pay: 0.00%  Int%: 0.00 |
| Chase Auto Finance Corp<br>201 N Central Ave, Az11191<br>Phoenix,AZ 85004 | $31,921.21 | U - Unsecured |
| | | Comm:<br>Acct # 2202 |
| 40 / 0002 | | Pay: 0.00%  Int%: 0.00 |
| Chase Manhattan Bank Na<br>3415 Vision Dr<br>Columbus,OH 43219 | $0.00 | U - Unsecured |
| | | Comm: Vol repo 06 Audi<br>Acct # |
| 065049   40 / 0038 | | Pay: 0.00%  Int%: 0.00 |

| | | |
|---|---|---|
| Christina Latta Henry<br>Seattle Debt Law Llc<br>705 2Nd Ave #1050<br>Seattle,WA 98104<br>Datty    9 / 0000 | $2,250.00 | Prior Attorney<br>@ $2,250.00 Per Month<br>Comm:<br>Acct #<br>Pay: 100.00%    Int%:   0.00 |
| Christina Latta Henry<br>Seattle Debt Law Llc<br>705 2Nd Avenue Ste 1050<br>Seattle,WA 98104<br>Do not use    40 / 0016 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101<br>200000    1 / 0000 | $274.00 | Filing Fee<br>@ $274.00 Per Month<br>Comm:<br>Acct #<br>Pay: 100.00%    Int%:   0.00 |
| Consolidated Credit Sr<br>180 E Main St Ste 180<br>Hillsboro,OR 97123<br><br>40 / 0003 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas,TX 75380<br>40 / 0004 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Ecast Settlement Corp<br>Po Box 29262<br>New York,NY 10087<br><br>EFT Pmts    40 / 0001 | $1,611.58 | U - Unsecured<br><br>Comm: Chase<br>Acct # *6827<br>Pay: 0.00%    Int%:   0.00 |
| Educational Credit Mgmt Corp<br>Po Box 75848 Lkbx 8682<br>St Paul,MN 55175-0848<br><br>418699    40 / 0014 | $21,121.97 | U - Unsecured<br><br>Comm: disputed/Wells Fargo/American Studen<br>Acct # 3676<br>Pay: 0.00%    Int%:   0.00 |
| Fds National Bank(Bon Marche)<br>Po Box 8053<br>Mason,OH 45040<br><br>045699    92 / 0044 | $0.00 | Not Filed<br><br>Comm: amend sched 8-31-10<br>Acct # x9798<br>Pay: 0.00%    Int%:   0.00 |
| Frenchie L Green<br>745 Bellevue Avenue East, #109<br>Seattle,WA 98102<br><br>40 / 0017 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |

| | | | |
|---|---|---|---|
| Internal Revenue Service<br>Po Box 21125<br>Philadelphia,PA 19114<br>40 / 0007 | $0.00 | Added By Matrix<br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Irs<br>Po Box 21126<br>Philadelphia,PA 19114<br>40 / 0006 | $0.00 | Added By Matrix<br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| K Michael Fitzgerald<br>600 University St #2200<br>Seattle,WA 98101<br>40 / 0018 | $0.00 | Added By Matrix<br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Lakeside School<br>14050 1St St Ne<br>Seattle,WA 98125<br>92 / 0043 | $0.00 | Not Filed<br>Comm: amend sched 8-31-10<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Mccarthy Finance<br>Po Box 2034<br>Lynnwood,WA 98036<br>346401    40 / 0021 | $592.84 | U - Unsecured<br>Comm: Check Masters<br>Acct # 3676<br>Pay: 0.00% | Int%: 0.00 |
| Merchants Credit<br>Po Box 7416<br>Bellevue,WA 98008<br>010180    55 / 0009 | $335.33 | X - Not Filed Timely<br>Comm: City of Snoqualmie<br>Acct # P0614955COS<br>Pay: 0.00% | Int%: 0.00 |
| Merchants Credit<br>Po Box 7416<br>Bellevue,WA 98008<br>010180    55 / 0022 | $224.41 | X - Not Filed Timely<br>Comm: Virginia Mason<br>Acct # P0614955VMC<br>Pay: 0.00% | Int%: 0.00 |
| Minol<br>15280 Addison Road<br>Suite 100<br>Addison,TX 75001<br>40 / 0023 | $0.00 | Not Filed<br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Moneytree Inc<br>Po Box 58363<br>Seattle,WA 98138<br>309815    40 / 0041 | $820.00 | U - Unsecured<br>Comm: not originally listed<br>Acct # 5338<br>Pay: 0.00% | Int%: 0.00 |

| Creditor | Amount | Classification |
|---|---:|---|
| Nco Financial System Inc<br>Po Box 4275<br>Norcross,GA 30091<br><br>40 / 0008 | $492.20 | U - Unsecured<br><br>Comm: Macys<br>Acct # 9130<br>Pay: 0.00%   Int%:   0.00 |
| Nco Financial Systems Inc<br>507 Prudential Rd<br>Horsham,PA 19044<br><br>034381   40 / 0024 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00%   Int%:   0.00 |
| R Barnes Financial<br>6292 Louisiana Ct N #C<br>Brooklyn Park,MN 55428<br><br>20 / 0042 | $33,812.00 | E - Secured By Vehicle<br>@ $732.00 Per Month<br>Comm: Land Rover/K int rt/APP per plan/SD 9<br>Acct # 0115/Amend sched 7-6-10<br>Pay: 100.00%   Int%:   6.99 |
| Rainier Collection Services<br>Po Box 3622<br>Bellevue,WA 98009<br><br>434647   40 / 0025 | $4,301.94 | U - Unsecured<br><br>Comm:<br>Acct # 3216<br>Pay: 0.00%   Int%:   0.00 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603-0587<br><br>260769   40 / 0005 | $1,082.96 | U - Unsecured<br><br>Comm: creditone bank<br>Acct # 3753<br>Pay: 0.00%   Int%:   0.00 |
| Seattle City Light<br>Po Box 34023 **Use 85449******<br>Attn:Natalie Gallegos<br>Seattle,WA 98124<br>$2401  40 / 0026 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00%   Int%:   0.00 |
| Sentry Credit Inc<br>2809 Grand Ave<br>Everett,WA 98201<br><br>40 / 0010 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%   Int%:   0.00 |
| Us Bank<br>800 Nicholette Mall<br>Minneapolis,MN 55402<br><br>080585   40 / 0027 | $0.00 | Not Filed<br><br>Comm: disputed<br>Acct #<br>Pay: 0.00%   Int%:   0.00 |
| Us Bank<br>800 Nicholette Mall<br>Minneapolis,MN 55402<br><br>080585   40 / 0028 | $0.00 | Not Filed<br><br>Comm: disputed<br>Acct #<br>Pay: 0.00%   Int%:   0.00 |

| | | |
|---|---|---|
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $24,514.35 | U - Unsecured |
| | | Comm: incurred 9-6-06<br>Acct # 36761 |
| 195991      40 / 0029 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $24,892.48 | U - Unsecured |
| | | Comm: incurred 8-27-07<br>Acct # 36764 |
| 195991      40 / 0030 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $33,882.15 | U - Unsecured |
| | | Comm: incurred 9-3-08<br>Acct # 36766 |
| 195991      40 / 0031 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $12,483.02 | U - Unsecured |
| | | Comm: incurred 10-12-07<br>Acct # 36765 |
| 195991      40 / 0032 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $9,478.12 | U - Unsecured |
| | | Comm: incurred 10-8-08<br>Acct # 36767 |
| 195991      40 / 0033 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $5,331.17 | U - Unsecured |
| | | Comm: incurred 1-16-07<br>Acct # 36763 |
| 195991      40 / 0034 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $2,507.35 | U - Unsecured |
| | | Comm: incurred 11-8-06<br>Acct # 36762 |
| 195991      40 / 0035 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $1,423.93 | U - Unsecured |
| | | Comm: incurred 1-4-10<br>Acct # 36769 |
| 195991      40 / 0036 | | Pay: 0.00%     Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta, GA 30353 | $30,583.97 | U - Unsecured |
| | | Comm: incurred 9-14-09<br>Acct # 36768 |
| 195991      40 / 0012 | | Pay: 0.00%     Int%:   0.00 |

| Creditor | Amount | Type |
|---|---|---|
| Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville,TX 75403<br>92 / 0045 | $0.00 | Not Filed<br><br>Comm: amend sched 8-31-10<br>Acct # x6766<br>Pay: 0.00%  Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114<br>018387  32 / 0020 | $28,317.08 | M - Irs<br><br>Comm: I06~09<br>Acct # x3676<br>Pay: 100.00%  Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114<br>018387  40 / 0039 | $147,481.61 | U - Unsecured<br><br>Comm: I97~99,01,02,04/penalty/amnd sched 5<br>Acct # x3676<br>Pay: 0.00%  Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21126<br>Philadelphia,PA 19114<br>018386  98 / 0040 | $0.00 | Y - Notice Only<br><br>Comm:<br>Acct # x3676/x5338<br>Pay: 0.00%  Int%: 0.00 |
| Verizon<br>Po Box 3397<br>Bloomington,IL 61702<br>40 / 0037 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00%  Int%: 0.00 |
| Verizon Wireless<br>Po Box 3397<br>Bloomington,IL 61702<br>595039  40 / 0013 | $916.38 | U - Unsecured<br><br>Comm:<br>Acct # 9108/1220<br>Pay: 0.00%  Int%: 0.00 |
| Wells Fargo Card Services<br>Po Box 9210<br>Des Moines,IA 50306<br>461087  40 / 0015 | $6,382.80 | U - Unsecured<br><br>Comm:<br>Acct # 2454<br>Pay: 0.00%  Int%: 0.00 |

**Total Claimed Amount:  $427,034.85**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Pursuant to rule 3007-1(b) of the local rules of bankruptcy procedure, objections to claims must be filed and served no later than ninety (90) days after October 15, 2010, the date the Chapter 13 Trustee's report of filed claims is filed. (See also rules 3007 and 9006(f) federal rules of bankruptcy procedure and rule 9013-1 local rules of bankruptcy procedures).

Within that ninety (90) day period and in the absence of written objections, the Trustee will distribute funds pursuant to the plan. Therefore disputed claims may receive disbursements until a written objection is filed.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

October 15, 2010

CC: Attorney Withdrew

, 00000

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax: (206) 624-5282

Judge: Marc Barreca  
Chapter: 13

United States Bankruptcy Court  
Western District of Washington at Seattle

In RE:                          Chapter 13 Case # 10-13234

Frenchie L Green  
745 Bellevue Avenue East, #109  
Seattle,Wa 98102

Debtor(s)

### Chapter 13 Trustee's Report of Filed Claims
October 15, 2010

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

K. Michael Fitzgerald  
Chapter 13 Trustee

Chapter 13 Case No. 10-13234

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle,WA 98101 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct # |
| 40 / 0011 | Pay: 0.00% | Int%: 0.00 |
| 600 University St #2200\|Seattle, Wa 98101<br>Seattle, Wa 98101<br>, 00000 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct # |
| 40 / 0019 | Pay: 0.00% | Int%: 0.00 |
| Chase Auto Finance Corp<br>201 N Central Ave, Az11191<br>Phoenix,AZ 85004 | $31,921.21 | U - Unsecured<br><br>Comm:<br>Acct # 2202 |
| 40 / 0002 | Pay: 0.00% | Int%: 0.00 |
| Chase Manhattan Bank Na<br>3415 Vision Dr<br>Columbus,OH 43219 | $0.00 | U - Unsecured<br><br>Comm: Vol repo 06 Audi<br>Acct # |
| 065049    40 / 0038 | Pay: 0.00% | Int%: 0.00 |

| | | |
|---|---|---|
| Christina Latta Henry<br>Seattle Debt Law Llc<br>705 2Nd Ave #1050<br>Seattle,WA 98104<br>Datty    9 / 0000 | $2,250.00 | Prior Attorney<br>@ $2,250.00 Per Month<br>Comm:<br>Acct #<br>Pay: 100.00%    Int%:  0.00 |
| Christina Latta Henry<br>Seattle Debt Law Llc<br>705 2Nd Avenue Ste 1050<br>Seattle,WA 98104<br>Do not use    40 / 0016 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101<br>200000    1 / 0000 | $274.00 | Filing Fee<br>@ $274.00 Per Month<br>Comm:<br>Acct #<br>Pay: 100.00%    Int%:  0.00 |
| Consolidated Credit Sr<br>180 E Main St Ste 180<br>Hillsboro,OR 97123<br><br>40 / 0003 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas,TX 75380<br>40 / 0004 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Ecast Settlement Corp<br>Po Box 29262<br>New York,NY 10087<br><br>EFT Pmts    40 / 0001 | $1,611.58 | U - Unsecured<br><br>Comm: Chase<br>Acct # *6827<br>Pay: 0.00%    Int%:  0.00 |
| Educational Credit Mgmt Corp<br>Po Box 75848 Lkbx 8682<br>St Paul,MN 55175-0848<br><br>418699    40 / 0014 | $21,121.97 | U - Unsecured<br><br>Comm: disputed/Wells Fargo/American Studen<br>Acct # 3676<br>Pay: 0.00%    Int%:  0.00 |
| Fds National Bank(Bon Marche)<br>Po Box 8053<br>Mason,OH 45040<br><br>045699    92 / 0044 | $0.00 | Not Filed<br><br>Comm: amend sched 8-31-10<br>Acct # x9798<br>Pay: 0.00%    Int%:  0.00 |
| Frenchie L Green<br>745 Bellevue Avenue East, #109<br>Seattle,WA 98102<br><br>40 / 0017 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |

| | | | |
|---|---|---|---|
| Internal Revenue Service<br>Po Box 21125<br>Philadelphia, PA 19114<br><br>40 / 0007 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Irs<br>Po Box 21126<br>Philadelphia, PA 19114<br><br>40 / 0006 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| K Michael Fitzgerald<br>600 University St #2200<br>Seattle, WA 98101<br><br>40 / 0018 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Lakeside School<br>14050 1St St Ne<br>Seattle, WA 98125<br><br>92 / 0043 | $0.00 | Not Filed<br><br>Comm: amend sched 8-31-10<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Mccarthy Finance<br>Po Box 2034<br>Lynnwood, WA 98036<br>346401      40 / 0021 | $592.84 | U - Unsecured<br><br>Comm: Check Masters<br>Acct # 3676<br>Pay: 0.00% | Int%: 0.00 |
| Merchants Credit<br>Po Box 7416<br>Bellevue, WA 98008<br>010180      55 / 0009 | $335.33 | X - Not Filed Timely<br><br>Comm: City of Snoqualmie<br>Acct # P0614955COS<br>Pay: 0.00% | Int%: 0.00 |
| Merchants Credit<br>Po Box 7416<br>Bellevue, WA 98008<br>010180      55 / 0022 | $224.41 | X - Not Filed Timely<br><br>Comm: Virginia Mason<br>Acct # P0614955VMC<br>Pay: 0.00% | Int%: 0.00 |
| Minol<br>15280 Addison Road<br>Suite 100<br>Addison, TX 75001<br>40 / 0023 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00% | Int%: 0.00 |
| Moneytree Inc<br>Po Box 58363<br>Seattle, WA 98138<br>309815      40 / 0041 | $820.00 | U - Unsecured<br><br>Comm: not originally listed<br>Acct # 5338<br>Pay: 0.00% | Int%: 0.00 |

| Creditor | Amount | Classification |
|---|---|---|
| Nco Financial System Inc<br>Po Box 4275<br>Norcross,GA 30091<br><br>40 / 0008 | $492.20 | U - Unsecured<br><br>Comm: Macys<br>Acct # 9130<br>Pay: 0.00%    Int%:  0.00 |
| Nco Financial Systems Inc<br>507 Prudential Rd<br>Horsham,PA 19044<br><br>034381    40 / 0024 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| R Barnes Financial<br>6292 Louisiana Ct N #C<br>Brooklyn Park,MN 55428<br><br>20 / 0042 | $33,812.00 | E - Secured By Vehicle<br>@ $732.00 Per Month<br>Comm: Land Rover/K int rt/APP per plan/SD 9<br>Acct # 0115/Amend sched 7-6-10<br>Pay: 100.00%    Int%:  6.99 |
| Rainier Collection Services<br>Po Box 3622<br>Bellevue,WA 98009<br><br>434647    40 / 0025 | $4,301.94 | U - Unsecured<br><br>Comm:<br>Acct # 3216<br>Pay: 0.00%    Int%:  0.00 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603-0587<br><br>260769    40 / 0005 | $1,082.96 | U - Unsecured<br><br>Comm: creditone bank<br>Acct # 3753<br>Pay: 0.00%    Int%:  0.00 |
| Seattle City Light<br>Po Box 34023 **Use 85449******<br>Attn:Natalie Gallegos<br>Seattle,WA 98124<br>324014    40 / 0026 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Sentry Credit Inc<br>2809 Grand Ave<br>Everett,WA 98201<br><br>40 / 0010 | $0.00 | Added By Matrix<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Us Bank<br>800 Nicholette Mall<br>Minneapolis,MN 55402<br><br>080585    40 / 0027 | $0.00 | Not Filed<br><br>Comm: disputed<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |
| Us Bank<br>800 Nicholette Mall<br>Minneapolis,MN 55402<br><br>080585    40 / 0028 | $0.00 | Not Filed<br><br>Comm: disputed<br>Acct #<br>Pay: 0.00%    Int%:  0.00 |

| Creditor | Amount | Type |
|---|---|---|
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $24,514.35 | U - Unsecured<br><br>Comm: incurred 9-6-06<br>Acct # 36761 |
| 195991    40 / 0029 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $24,892.48 | U - Unsecured<br><br>Comm: incurred 8-27-07<br>Acct # 36764 |
| 195991    40 / 0030 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $33,882.15 | U - Unsecured<br><br>Comm: incurred 9-3-08<br>Acct # 36766 |
| 195991    40 / 0031 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $12,483.02 | U - Unsecured<br><br>Comm: incurred 10-12-07<br>Acct # 36765 |
| 195991    40 / 0032 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $9,478.12 | U - Unsecured<br><br>Comm: incurred 10-8-08<br>Acct # 36767 |
| 195991    40 / 0033 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $5,331.17 | U - Unsecured<br><br>Comm: incurred 1-16-07<br>Acct # 36763 |
| 195991    40 / 0034 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $2,507.35 | U - Unsecured<br><br>Comm: incurred 11-8-06<br>Acct # 36762 |
| 195991    40 / 0035 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $1,423.93 | U - Unsecured<br><br>Comm: incurred 1-4-10<br>Acct # 36769 |
| 195991    40 / 0036 | | Pay: 0.00%           Int%:   0.00 |
| Us Dept Of Education<br>Po Box 530260<br>Atlanta,GA 30353 | $30,583.97 | U - Unsecured<br><br>Comm: incurred 9-14-09<br>Acct # 36768 |
| 195991    40 / 0012 | | Pay: 0.00%           Int%:   0.00 |

| | | |
|---|---|---|
| Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville,TX 75403<br>92 / 0045 | $0.00 | Not Filed<br><br>Comm: amend sched 8-31-10<br>Acct # x6766<br>Pay: 0.00%  Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114<br>018387  32 / 0020 | $28,317.08 | M - Irs<br><br>Comm: I06~09<br>Acct # x3676<br>Pay: 100.00%  Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114<br>018387  40 / 0039 | $147,481.61 | U - Unsecured<br><br>Comm: I97~99,01,02,04/penalty/amnd sched 5<br>Acct # x3676<br>Pay: 0.00%  Int%: 0.00 |
| Us Treasury/Irs<br>Po Box 21126<br>Philadelphia,PA 19114<br>018386  98 / 0040 | $0.00 | Y - Notice Only<br><br>Comm:<br>Acct # x3676/x5338<br>Pay: 0.00%  Int%: 0.00 |
| Verizon<br>Po Box 3397<br>Bloomington,IL 61702<br>40 / 0037 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00%  Int%: 0.00 |
| Verizon Wireless<br>Po Box 3397<br>Bloomington,IL 61702<br>595039  40 / 0013 | $916.38 | U - Unsecured<br><br>Comm:<br>Acct # 9108/1220<br>Pay: 0.00%  Int%: 0.00 |
| Wells Fargo Card Services<br>Po Box 9210<br>Des Moines,IA 50306<br>461087  40 / 0015 | $6,382.80 | U - Unsecured<br><br>Comm:<br>Acct # 2454<br>Pay: 0.00%  Int%: 0.00 |

**Total Claimed Amount:   $427,034.85**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Pursuant to rule 3007-1(b) of the local rules of bankruptcy procedure, objections to claims must be filed and served no later than ninety (90) days after October 15, 2010, the date the Chapter 13 Trustee's report of filed claims is filed. (See also rules 3007 and 9006(f) federal rules of bankruptcy procedure and rule 9013-1 local rules of bankruptcy procedures).

Within that ninety (90) day period and in the absence of written objections, the Trustee will distribute funds pursuant to the plan. Therefore disputed claims may receive disbursements until a written objection is filed.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

| | |
|---|---|
| October 15, 2010 | K. Michael Fitzgerald, Trustee |
| CC: Attorney Withdrew | Chapter 13 Bankruptcy Trustee |
| | 600 University St. #2200 |
| , 00000 | Seattle,WA 98101 |
| | www.seattlech13.com |
| | Phone: (206) 624-5124 |
| | Fax:(206) 624-5282 |